# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 22, 2011

Robert P. Young, Jr.,
Chief Justice

143235

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re ALEXANDER, Minors.

SC: 143235
COA: 300484
Wayne CC Family Division:
09-485406

_____/

On order of the Court, the application for leave to appeal the May 17, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 22, 2011

_____
Clerk

y0719